IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

                                                          Case No. 5:03cr13-RH
vs.                                             Case No. 5:05cv67-RH/WCS

**LYVIA HILL,**

       **Defendant.**

_____/

## ORDER TO RESPOND TO § 2255 MOTION

Defendant has submitted a motion to vacate sentence pursuant to 28 U.S.C. § 2255, motion to amend, motion for court to take judicial notice, and motion to correct clerical errors.  Docs. 243, 244, 245, and 248.  It is noted that a previous § 2255 motion was voluntarily dismissed without prejudice, so this is not a successive motion.  *See* docs. 235 and 240.

The § 2255 motion contains grounds one through four, and ground five is set forth in the motion to amend.  This is not in proper form, as an amended pleading should be filed in its entirety with all amendments incorporated therein.  Local Rule 15.1.  As Defendant is adding an additional ground and the other grounds remain unchanged, and the amendment is not confusing, the court will allow it.

Pursuant to the Rules Governing § 2255 Proceedings the court has reviewed the § 2255 motion as amended. The Government is now directed to file an answer in compliance with § 2255 Rule 5(b). If appropriate the Government shall include the initial brief or other briefs from the direct appeal, and may rely on the statement of facts presented there. Defendant may reply to the Government's arguments within the time set by this order, but is not required to do so. § 2255 Rule 5(d).

The court will review the record after the Government's arguments and Defendant's reply (if any) are filed. If it does not appear that a hearing or additional argument is warranted, then the undersigned will enter a report and recommendation for disposition of the § 2255 motion; if an evidentiary hearing is warranted, counsel will be appointed. § 2255 Rule 8(b) and (c).

Accordingly, it is **ORDERED**:

1. Defendant's motion to amend (doc. 244) is **GRANTED** and will be treated as a supplement to the § 2255 motion (doc. 243).

2. Defendant's motion for court to take judicial notice (doc. 245) is **GRANTED** as a notice to the court.

3. Defendant's motion to correct clerical errors (doc. 248) is **GRANTED**.

4. The United States Attorney shall file an answer, motion, or other response to Defendant's § 2255 motion as supplemented and clarified (docs. 243, 244, 245, and 248) no later than **July 1, 2005.**

5. If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

6.  Defendant shall file a reply, if desired, no later than **August 1, 2005**.

**DONE AND ORDERED** on May 4, 2005.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**