IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

vs.

Case No. 5:03cr13-RH
Case No. 5:05cv67-RH/WCS

**LYVIA HILL,**

    **Defendant.**

_____/

## ORDER ON MOTIONS

Defendant filed a motion to supplement.  Doc. 253.  The undersigned prepared and signed an order denying the motion on July 28, 2005.  For whatever reason, that order does not appear on the docket.  In the meantime, the Government filed a second motion for extension of time, which notes the motion to supplement.  Doc. 254.  This order addresses both motions.

Defendant's motion to supplement is denied.  As explained in the order of May 4, 2005, an amended pleading should be filed in its entirety with all amendments incorporated therein pursuant to Local Rule 15.1.  Doc. 249, p. 1.  That order allowed one supplement, but Defendant may not continue presenting her claims in piecemeal fashion contrary to the rules of this court.  After the Government's response is filed,

Defendant may make her argument in reply within the time set forth below, or file a motion to amend at that time.  A motion to amend must comply with Rule 15.1, which provides in relevant part that "a copy of the proposed amended pleading in its entirety shall accompany the motion" to amend, and that "[m]atters not set forth in the amended pleading are deemed to have been abandoned."

The time for the Government's response (and any argument by Defendant) is set forth below.

Accordingly, it is **ORDERED**:

1.  Defendant's motion to supplement (doc. 253) is **DENIED**.

2.  The Government's second motion for extension (doc. 254) is **GRANTED**.  The time is extended to August 12, 2005.

6.  Defendant shall file a reply, if desired, no later than **September 12, 2005**.

**DONE AND ORDERED** on August 4, 2005.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case Nos. 5:03cr13-RH and 5:05cv67-RH/WCS