# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS.  5:03cr13-RH
   5:05cv67-RH/WCS

LYVIA HILL,

     Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 273), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "Defendant's motion, as supplemented, for relief under 28 U.S.C. §2255 (document 243) is DENIED WITH PREJUDICE."  The clerk shall close the file.

SO ORDERED this 3d day of January, 2008.

                                     s/Robert L. Hinkle
                                     Chief United States District Judge